UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS CORTES ESCAMILLA, | Case No. 2:26-cv-00100-WLH (JDE) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| ANDRE GONZALES, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1); the Order to Show Cause (Dkt. 4); Petitioner's Response to the Order to Show Cause (Dkt. 6); and the Report and Recommendation of the assigned magistrate judge (Dkt. 8, "Report"). No party filed a timely objection to the Report. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Pursuant to Ninth Circuit Rule 22-3(a) and in the interests of justice, the Court refers the Petition to the United States Court of Appeals for the Ninth Circuit for consideration as an application for leave to file a second or successive habeas petition. The Clerk of Court shall send a copy of the Petition and a copy of this Order

to the Clerk of the United States Court of Appeals for the Ninth Circuit. The Clerk of Court shall provide Petitioner with a form recommended by the Ninth Circuit for filing an Application for Leave to File Second or Successive Petition Under 28 U.S.C. § 2254 or Motion Under 28 U.S.C. § 2255;

2. Judgment shall entered dismissing the Petition in this Court without prejudice for lack of jurisdiction.

Dated: April 15, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2