JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CARLOS CORTES ESCAMILLA,

    Petitioner,

    v.

ANDRE GONZALES, Warden,

    Respondent.

Case No. 2:26-cv-00100-WLH (JDE)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice to Petitioner filing a new action in this Court if he obtains authorization from the Ninth Circuit to do so.

Dated: April 15, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE